UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHINA RAILWAY NO. 10 ENGINEERING
GROUP CO. LTD.,

                        Petitioner,

      -against-                                              21 **CIVIL** 5941 (RMB)

                                                                       **JUDGMENT**

TRIORIENT, LLC,

                        Respondent.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision & Order dated January 14, 2022, the Petition to Confirm the Arbitration Award [Dkt. #4] is granted. Judgment is entered in favor of Petitioner in the amount of $778,265.00 plus interest of 9% per annum calculated from October 26, 2017 until the date payment is made. Judgment is entered as follows: $74,300.00 in arbitration costs plus interest of 9% per annum calculated from the date of entry of the award (December 11, 2020) until payment is made; and $93,247.80 in legal fees and expenses incurred during the arbitration plus interest of 9% per annum calculated from the date of entry of the award (December 11, 2020) until payment is made. Petitioner's application for attorney's fees and costs incurred in pursuing confirmation is denied without prejudice.

**Dated:** New York, New York

      January 18, 2022

                                                                    **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                                                    **BY:**   *K. Mango*

                                                                      **Deputy Clerk**