**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CHINA RAILWAY NO. 10 ENGINEERING
GROUP CO. LTD.,
                 Petitioner,

         - against -

TRIORIENT, LLC,
                 Respondent.
-------------------------------------------------------------x

**ORDER**

21 Cv. 5941 (RMB)

On January 14, 2022, the Court granted the Petition to Confirm the Arbitration Award (the "Petition") and set January 24, 2022 as the deadline for Petitioner to submit an application for attorney's fees and costs in pursuing the Petition and time sheets and other written materials in support of the application. No application has been received.

The Clerk of Court is directed to close this case.

Dated: New York, New York
         February 15, 2022

_____
**RICHARD M. BERMAN, U.S.D.J.**

1